# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff(s),<br><br>v.<br><br>ROBERT WILLIAMS,<br><br>Defendant(s). | Case No. 2:08-CR-163 JCM (GWF)<br><br>ORDER |

Presently before the court is defendant Robert Williams' motion for early termination of supervised release. (Doc. # 683). The government filed a response (doc. # 684), and defendant filed a reply (doc. # 685).

The court sentenced defendant on February 4, 2010 to 60 months custody and three years of supervised release for conspiracy to interfere with commerce by robbery in violation of 18 U.S.C. § 1951(a). Defendant began his term of supervised release on September 21, 2012.

Defendant has served twenty-eight months of his supervised release term. Defendant asserts that he has complied fully with the terms of his supervised release. Further, defendant asserts that he seeks early termination of his supervised release because his mother recently died in Kansas and left defendant custody of his younger sister. Therefore, he needs to travel back and forth from Nevada to Kansas to attend to matters involving his mother's estate and to support his sister's needs. Accordingly, defendant requests that his supervised release should be terminated early.

The government opposes defendant's request and notes that compliance with the terms of probation or supervised release is what is expected of probationers. (Doc. # 684). Further, the

government notes that defendant's need to attend to his family's affairs can be addressed through temporarily lifting his travel restrictions. (Doc. # 684).

Pursuant to 18 U.S.C. § 3583(e)(1), the court may, after considering the factors set forth in 18 U.S.C. § 3553(a), terminate probation after one year in the interests of justice. 18 U.S.C. § 3583(e)(1). Considering the above-mentioned factors, the court finds that defendant should serve the remainder of his supervised release.

The court appreciates the positive steps defendant is taking and applauds his dedication to his rehabilitation. However, due to the serious nature of defendant's underlying offense, the court finds it appropriate for defendant to serve the remainder of his supervised release.

Accordingly,

IT IS HEREBY ORDERED ADJUDGED AND DECREED that defendant's request for early termination of supervised release (doc. # 683) be, and the same hereby is, DENIED.

DATED March 3, 2015.

_____
UNITED STATES DISTRICT JUDGE