# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff(s),<br><br>　v.<br><br>ROBERT WILLIAMS,<br><br>　　　　　　Defendant(s). | Case No. 2:08-CR-163 JCM (GWF)<br><br>ORDER |

Presently before the court is defendant Robert Williams's "motion to amend bureau of prison assignment recommendation." (ECF No. 432).

Also before the court is defendant's motion for recommendation of placement in FCI La Tuna, Texas. (ECF No. 478).

On November 5, 2009, defendant pleaded guilty to count one of the indictment, conspiracy to interfere with commerce by robbery, pursuant to a binding plea agreement in which the government agreed to move for dismissal of the other counts in the indictment at sentencing. (ECF No. 406). The plea agreement also stipulated that defendant's punishment would be sixty (60) months imprisonment with credit for time already served, notwithstanding the sentencing guidelines. *Id.* The court sentenced defendant in accordance with his plea agreement on February 4, 2010. (ECF No. 431). The court imposed a supervised release term of three years. *Id*.

On September 21, 2012, defendant was released from prison and began his three-year term of supervised release. (ECF No. 683).

As defendant has already completed his terms of incarceration and supervised release, the court will deny defendant's motions as moot.

**James C. Mahan**
**U.S. District Judge**

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that defendant's "motion to amend bureau of prison assignment recommendation" (ECF No. 432) be, and the same hereby is, DENIED as moot.

IT IS FURTHER ORDERED that defendant's motion for recommendation of placement (ECF No. 478) be, and the same hereby is, DENIED as moot.

DATED May 18, 2018.

_____
UNITED STATES DISTRICT JUDGE